**CC: Legal Services**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT PATRICK PENSINGER,<br><br>  Petitioner,<br><br>  v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>  Respondent. | CASE NO. CV 92-1928 DSF<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

**IT IS ORDERED** that Petitioner Brett Patrick Pensinger's petition for writ of habeas corpus be **CONDITIONALLY GRANTED** and that the judgment of conviction on the special circumstance and the sentence of death in the matter of People v. Brett Patrick Pensinger, Case No. SCR 38261 of the California Superior Court of San Bernardino County, be **VACATED**.

**IT IS FURTHER ORDERED** that the State of California shall, within 120 days from the entry of this Judgment, either grant Petitioner a new trial on the special circumstance allegation, or vacate the special circumstance finding and death sentence and resentence Petitioner in accordance with California law and the United States Constitution.

//

**IT IS FURTHER ORDERED** that the Clerk of this Court shall immediately notify the Warden of San Quentin Prison of this Court's judgment.

**IT IS SO ORDERED.**

Dated: 11/30/12

                                        DALE S. FISCHER
                                 United States District Judge